COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-488-CV

 

IN RE RONALD MICHAEL HILL                                                   RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that it has no jurisdiction
over the relief requested.  Tex. Code
Crim. Proc. Ann. art. 11.07, ' 5
(Vernon Supp. 2008)[2];
Tex. Gov=t Code
Ann. ' 22.221
(Vernon 2004).  Accordingly, relator=s
petition for writ of mandamus is dismissed.

PER CURIAM

 

 

PANEL: 
LIVINGSTON and MCCOY, JJ.

 

DELIVERED: 
January 28, 2009











    [1]See
Tex. R. App. P. 47.4.





    [2]See
In re McAfee, 53 S.W.3d 715, 718 (Tex. App.CHouston [1st Dist.] 2001,
orig. proceeding) (providing that applicant may seek 11.07 mandamus relief only
from Court of Criminal Appeals).